J-S07036-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RICKY DAVID HALLIDAY, JR. | : | |
| | : | |
| Appellant | : | No. 426 MDA 2018 |

Appeal from the Judgment of Sentence February 8, 2018
In the Court of Common Pleas of Luzerne County Criminal Division at
No(s):  CP-40-CR-0001384-2017

BEFORE:   OLSON, J., McLAUGHLIN, J., and PELLEGRINI*, J.

CONCURRING STATEMENT BY McLAUGHLIN, J.: **FILED: APRIL 29, 2019**

I join the majority Memorandum except for footnote eight.

_____
\*   Retired Senior Judge assigned to the Superior Court.